UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                No. 18 CR 488-LTS

JESSE RODRIGUEZ,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received a forensic evaluation report from the Bureau of Prisons dated November 13, 2019 (the "Report"). The Report, which has been provided to counsel and will be filed under seal in light of the nature of its content, concludes that Mr. Rodriguez is currently competent to proceed with his case but is in need of management of certain medical conditions to maintain stable status. Accordingly, a pretrial conference will be held on December 3, 2019, at 3:00 pm in Courtroom 17C. The Government is directed to have Mr. Rodriguez produced for the conference. The United States Marshals Service and the Bureau of Prisons are directed to transport and house Mr. Rodriguez in facilities and in a manner consistent with his need for management of his medical conditions, as discussed in the Report.

      SO ORDERED.

Dated: New York, New York
       November 15, 2019

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge