UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                           No. 18 CR 488 (LTS)

JESSE RODRIGUEZ,

        Defendant.

-------------------------------------------------------x

ORDER

        The United States Marshals Service and Kingsbrook Hospital are hereby ordered to permit Mr. Rodriguez' family, including his wife, to visit him for two hours on December 26, 2019, between the hours of 9:00 a.m. and 2:00 p.m.

        SO ORDERED.

Dated: New York, New York
       December 18, 2019

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge