# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/19

December 19, 2019

**BY ECF AND FAX**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Jesse Rodriguez,**
    **18 Cr. 488 (LTS)**

Dear Judge Swain:

    I write to request that the Court clarify its December 18 2019 Order permitting family visitation at Kingsbrook Hospital on December 26, 2019. The Marshals have indicated today that they plan to permit Mr. Rodriguez's two immediate family members to visit him but only *one at a time*. I ask that the Court specify that these two individuals be permitted to have the visitation together, as a family. The Marshals have allowed Mr. Rodriguez such visitation at Kingsbrook in the past. Given Mr. Rodriguez's age, poor health, and lack of any history of violence, there is no genuine security risk from allowing this basic human kindness.

    In addition, I write to ask the Court (1) to order the Marshals to accept from Mr. Rodriguez's family an old pair of his eyeglasses and (2), because the prescription on the old pair available to them is out of date, to order the Marshals to have Mr. Rodriguez seen by an optometrist for a new prescription and to have a new pair of glasses made for him.

The request for authorization of group (rather than individual) visitation is denied in light of what the Court understands is the firm and considered security policy of the USMS.

The USMS is ordered to accept the eyeglasses from the family and to arrange an eye examination and provision of new glasses as set forth above.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

SO ORDERED:

/s/ 12/19/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE