```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-31-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA            :      [~~PROPOSED~~] **ORDER**

   - v -                            :      18 Cr. 488 (LTS)

JESSE RODRIGUEZ,                    :

           Defendant.           :

-------------------------------------x

    Upon the application of Jesse Rodriguez, by his attorney Clay H. Kaminsky, with the consent of Geoffrey S. Berman, United States Attorney for the Southern District of New York, by Assistant United States Attorney Sarah Mortazavi, it is hereby ORDERED that the United States Marshals Service and Kingsbrook Hospital make the following accommodations for Mr. Rodriguez while he is detained at Kingsbrook Hospital:

1. Mr. Rodriguez will be permitted phone calls with his counsel — lawyers and staff at Federal Defenders of New York — within a reasonable time of a request by Mr. Rodriguez or his counsel. The door to Mr. Rodriguez's hospital room is to be closed during calls with counsel or in-person conversations with counsel; no U.S. Marshal or contractor personnel is to be in Mr. Rodriguez's hospital room when he is engaged in conversation with counsel.

2. Mr. Rodriguez will be permitted three 30-minutes personal calls per week. These are calls other than to counsel. The door to Mr. Rodriguez's room will remain open during these calls.

3. The U.S. Marshals Service will maintain pens, pencils, paper, and envelopes addressed to the Federal Defenders of New York – all of which are to be provided to the U.S. Marshals Service by the Federal Defenders of New York – and will make these materials available to Mr. Rodriguez.

4. The U.S. Marshals Service will pick up and deliver legal mail between Mr. Rodriguez and his counsel within a reasonable time period after a request is made by Mr. Rodriguez or the Federal Defenders.

5. The U.S. Marshals Service and Kingsbrook Hospital will ensure that Mr. Rodriguez receives at least two showers per week.

6. Mr. Rodriguez is to be permitted one-hour visits with immediate family members upon request, with one week's notice to the Marshals Service, during which his room will remain open and the guard will maintain a line of sight with Mr. Rodriguez.

7. Subject to security screening, the U.S. Marshals Service will make available to Mr. Rodriguez books and magazines supplied by Federal Defenders of New York.

Dated: New York, New York
January 31, 2020

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
United States District Judge