# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 5, 2020

**BY ECF AND BY FAX**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-5-2020

**MEMO ENDORSED**

Re: <u>United States v. Jesse Rodriguez</u>,
18 Cr. 488 (LTS)

Dear Judge Swain:

I write with the consent of the government to request that the Court adjourn the status conference in the above-captioned matter currently scheduled for Thursday, February 6, at 10:30 a.m. Specifically, I request that the Court adjourn the conference by not less than 45 days and to a date other than March 26 or 27.

This adjournment is necessary because, having met with Mr. Rodriguez twice at Kingsbrook Hospital since his return from Butner, I have significant concerns about his competency and need to take consultation with a psychologist before the hearing required by 18 U.S.C. § 4241(e).

If the Court adjourns the conference, the parties respectfully request that the time until the next conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), in the interest of justice.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 3/24/20 AT 11:30 AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 3/24/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ 2/5/20
LAURA TAYLOR SWAIN, USDJ

cc: AUSA Sarah Mortazavi