# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

February 24, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/20

**BY ECF AND BY FAX**
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   **United States v. Jesse Rodriguez,**
      **18 Cr. 488 (LTS)**

Dear Judge Swain:

I write to request permission for Dr. Thomas Marc Pabon, and any other psychologist or psychiatrist retained by the Federal Defenders of New York, to visit my client Jesse Rodriguez while he is in the custody of the U.S. Marshals Service.

Thomas Marc Pabon, Ph.D., is a licensed clinical psychologist and neuropsychologist that has been retained by defense counsel to conduct a reevaluation of Mr. Rodriguez. Although the Marshals have before approved Dr. Pabon to meet with Mr. Rodriguez without a Court order, they now represent that they require one.

Accordingly, I hereby request that the Court order that Dr. Pabon, and any other psychologist or psychiatrist retained by the Federal Defenders in connection with Mr. Rodriguez's criminal defense, be permitted to meet with Mr. Rodriguez upon request for the purpose of conducting interviews and evaluations. I further request that Dr. Pabon be afforded legal visiting privileges, including having the door closed during his evaluation, and that he be permitted to bring pencils, pens, paper, test booklets, a stopwatch, and any other testing materials he requires into the facility housing Mr. Rodriguez for the purpose of conducting the interviews/evaluations, subject to security screening.

*The requests are granted. Federal Defenders must provide identifying information (including medical license documentation) to the USMS in advance of the visits.*

SO ORDERED:

*[signature]* 2/25/20

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749