**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 5, 2020

**BY ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Jesse Rodriguez,**
      **18 Cr. 488 (LTS)**

Dear Judge Swain:

   I write to request that the Court direct the Federal Bureau of Prisons to produce to me the raw data from the psychological testing that FMC Butner conducted in connection with its competency evaluation of Mr. Rodriguez. As the Court is aware, I have significant concerns about Mr. Rodriguez's competency and plan to have him evaluated by a psychologist as soon as conditions will allow. The psychologist will require the raw data from Butner.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Sarah Mortazavi

   The foregoing request is granted. DE#77 resolved.
   SO ORDERED.
   /s/ Laura Taylor Swain, USDJ 5/5/2020