```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA            :
                                    :        18 Cr. 488 (LTS)
        - v -                       :
                                    :             ORDER
JESSE RODRIGUEZ,                    :
                                    :
                Defendant.          :
-------------------------------------------------------X
```

Upon the application of defendant Jesse Rodriguez, by his counsel, it is hereby

ORDERED, pursuant to Title 18, United States Code, Sections 4241 et seq., that Dr. Cheryl Paradis is appointed to perform a psychological reevaluation of Mr. Rodriguez to assist the Court in determining Mr. Rodriguez's competency to proceed in this matter;

ORDERED, that Dr. Paradis's fees are to be paid by the Department of Justice pursuant to Title 18, United States Code, Section 4272(b);

ORDERED that before meeting with Mr. Rodriguez, Dr. Paradis will review the forensic evaluation performed of Mr. Rodriguez at FMC Butner, as well as any other prior psychological evaluations and testing and relevant medical records that may be of assistance to Dr. Paradis in evaluating Mr. Rodriguez's competency;

ORDERED that the Federal Bureau of Prisons and FMC Butner shall produce to Dr. Paradis the raw data from the psychological testing that performed on Mr. Rodriguez at that FMC Butner;

ORDERED that Dr. Paradis shall have access to the Windsor Park Nursing Home or any other facility where Mr. Rodriguez is currently housed, in order to conduct her reevaluation; and

ORDERED that Dr. Paradis will report the results of her psychological reevaluation to the Court within a reasonable period of time following the conclusion of her reevaluation.

Dated: New York, New York
October  27 , 2020

                                        /s/ Laura Taylor Swain
                                        **HONORABLE LAURA TAYLOR SWAIN**
                                        **UNITED STATES DISTRICT JUDGE**