```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :
                                   :          18 Cr. 488 (LTS)
                                   :
JESSE RODRIGUEZ,                   :          ORDER
                                   :
            Defendant.             :
- - - - - - - - - - - - - - - - - -x
```

   UPON the application of AUDREY STRAUSS, Acting United States Attorney for the Southern District of New York, by Assistant United States Attorney Sarah Mortazavi, it is hereby

   ORDERED, pursuant to Title 18, United States Code, Sections 4241(a)-(b) and 4247(b)-(c), that an evaluation of the defendant JESSE RODRIGUEZ be performed by Dr. William P. Milberg, as a neutral expert, and that a report be submitted to the Court, which report is anticipated to assist the Court in determining whether RODRIGUEZ presently is suffering from a mental illness which renders him unable to comprehend the nature and consequences of the proceeding against him or reasonably to assist in his defense; and it is further

   ORDERED that Dr. Milberg's fees are to paid for by the Department of Justice pursuant to Title 18, United States Code, Section 4272(b), and that U.S. Department of Justice Instruction 1300.01.02 authorizes the U.S. Attorney's office to pay the costs of this examination; and it is further

ORDERED that before meeting with the defendant JESSE RODRIGUEZ, Dr. Milberg review any prior psychological evaluations and relevant medical records of RODRIGUEZ, which may be of assistance to Dr. Milberg in evaluating RODRIGUEZ; and it is further

ORDERED that Dr. Milberg have access to the Windsor Park Nursing Home, or any other facility where RODRIGUEZ is currently housed, in order to conduct the evaluation of RODRIGUEZ; and it is further

ORDERED that Dr. Milberg is authorized to conduct any examination he deems necessary, and to request medical tests he deems necessary, such as a CT/MRI scan, in order to prepare his report; and it is further

ORDERED that Dr. Milberg report the results of his evaluation to the Court on or before March 31, 2021, absent further leave of the Court.

Dated:  New York, New York
        January 19, 2021

                                    /s/ Laura Taylor Swain
                                    HON. LAURA TAYLOR SWAIN
                                    UNITED STATES DISTRICT JUDGE