

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: *United States v. Jesse Rodriguez*, 18 Cr. 488

Dear Judge Swain:

The Government writes in response to the Court's May 4, 2021 Order directing the parties to file a status update by June 1, 2021: (1) identifying any outstanding submissions; (2) whether the parties intend to go forward with a competency hearing on June 22, 2021; (3) the amount of time required for the presentation of testimony and argument; (4) the anticipated witness list; and (5) whether the parties request a remote hearing. (ECF No. 105).

Since the Court's last order, the parties have conferred regarding a potential resolution of this matter that will obviate the need for a competency proceeding. In light of the parties' joint intent to pursue a pre-trial resolution, the parties respectfully request that the Court hold the currently-scheduled competency proceeding in abeyance and, instead, schedule a status conference in 60 days' time to provide the parties an opportunity to reach a pre-trial resolution.

The Government further requests that the Court exclude time up to the date of the next status conference, to afford additional time for the defendant and the Government to confer regarding a pre-trial disposition. Defense counsel has no objection to the exclusion of time.

The request is granted. The defendant's competency hearing, currently scheduled for June 22, 2021, is hereby adjourned sine die.  A status conference will be held on July 23, 2021, at 11:00 am.  The Court finds pursuant to 18 U.S.C. § 3161(H)(7)(A) that the ends of justice served by an exclusion of time from today's date through 7/23/21 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE#106 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Ch. USDJ 5/28/2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Sarah Mortazavi
Assistant United States Attorney

Cc: Clay Kaminsky, Esq, (via ECF)