

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2021

**MEMO ENDORSED**

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:  *United States v. Jesse Rodriguez*, 18 Cr. 488**

Dear Judge Swain:

   The Government writes regarding the parties' upcoming status conference, currently scheduled for July 23, 2021, to seek an adjournment and exclusion of time. The parties have conferred regarding a potential resolution of this matter. On July 2, 2021, the defendant made a submission to the Government in this regard which the Government is currently reviewing, but the parties' discussions are unlikely to conclude before July 23, 2021. Accordingly, the Government respectfully requests that the Court calendar a status conference for a date 3-4 weeks after July 23, 2021, to provide the parties sufficient time to confer regarding a pre-trial disposition.

   The Government further requests that the Court exclude time up to the date of the next status conference for the same reasons. Defense counsel has no objection to the adjournment and exclusion of time.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney

                           by:  _____
                                Sarah Mortazavi
                                Assistant United States Attorney

Cc: Clay Kaminsky, Esq, (via ECF)

The application is granted. The Status Conference is adjourned to Friday August 13, 2021, at noon. The Court finds pursuant to 18 U.S.C. § 3161(H)(7)(A) that the ends of justice served by an exclusion of time from today's date through 8/13/21 outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE # 108 resolved.
SO ORDERED.
7/12/2021
/s/ Laura Taylor Swain, Chief USDJ